# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| HARRY WINSTON, INC. ) | |
| and ) | ) Case No.: 2:08-CV-536 |
| HARRY WINSTON, S.A., ) | ) Judge: Holschuh |
| Plaintiffs, ) | ) Magistrate Judge: King |
| v. ) | |
| CHARLES WINSTON LUXURY GROUP, LLC ) | |
| and ) | |
| LP WATCH GROUP, INC. ) | |
| and ) | |
| CWE CONSULTING CORPORATION, ) | |
| Defendants. ) | |

## STIPULATED MOTION FOR ENTRY OF
## DISCOVERY AND BRIEFING SCHEDULE

Plaintiffs Harry Winston, Inc. and Harry Winston, S.A. ("HWI") hereby move the Court for the entry of a discovery and briefing schedule relating to Defendants LP Watch Group, Inc. and Charles Winston Luxury Group, LLC's ("Defendants") Motion to Dismiss or Transfer for Lack of Personal Jurisdiction, Insufficiency of Process and Improper Venue.  Pursuant to Local Rule 7.3, counsel for all Defendants have been contacted regarding this Motion.  The Defendants have consented to the filing of this Motion and the entry of the proposed order attached hereto,

which sets forth the proposed schedule.  The reasons for this Motion are set forth in the Memorandum in Support.

                                                Respectfully submitted,

Dated:  December 22, 2008                BRICKER & ECKLER LLP

_____
Joseph R. Dreitler
Mary R. True
100 South Third Street
Columbus, Ohio  43215-4291
Telephone: 614.227.2300
Facsimile:  614-227.2390
E-mail:       jdreitler@bricker.com
E-mail:       mtrue@bricker.com

*Attorneys for Plaintiffs Harry Winston, Inc.*
*and Harry Winston, S.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| HARRY WINSTON, INC. | ) |
| | ) Case No.: 2:08-CV-536 |
| and | ) |
| | ) |
| HARRY WINSTON, S.A., | ) Judge: Holschuh |
| | ) |
| Plaintiffs, | ) Magistrate Judge: King |
| | ) |
| v. | ) |
| | ) |
| CHARLES WINSTON LUXURY GROUP, LLC | ) |
| | ) |
| and | ) |
| | ) |
| LP WATCH GROUP, INC. | ) |
| | ) |
| and | ) |
| | ) |
| CWE CONSULTING CORPORATION, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**MEMORANDUM IN SUPPORT OF STIPULATED MOTION**
**FOR ENTRY OF DISCOVERY AND BRIEFING SCHEDULE**

On December 5, 2008, Defendants LP Watch Group, Inc. and Charles Winston Luxury Group, LLC ("Defendants") filed a Motion to Dismiss or Transfer for Lack of Personal Jurisdiction, Insufficiency of Process and Improper Venue stating that Defendants' contacts with this forum were not sufficient enough for this Court to exercise personal jurisdiction over Defendants in this litigation. In support of this Motion to Dismiss, Defendants submitted the Declaration of David Koss.

2881714v1

The parties propose that the following discovery and briefing schedule be established to enable the parties to conduct limited and expedited written discovery on the issue of personal jurisdiction and take depositions as appropriate.

| | |
|---|---|
| January 5, 2009 | Deadline for the parties to serve discovery requests limited to the issue of personal jurisdiction over Defendants. |
| January 23, 2009 | Deadline for responses to discovery requests. |
| February 13, 2009 | Deadline for taking any depositions relating to the issue of personal jurisdiction. |
| March 2, 2009 | Deadline for Plaintiff to file Memorandum in Opposition to Motion to Dismiss. |
| March 13, 2009 | Deadline for Defendants to file any reply brief. |

This proposed schedule has been agreed upon by the parties and accommodates their schedules.  This discovery and briefing schedule is necessary to permit the parties time to conduct discovery into the facts asserted in Mr. Koss' declaration and the Motion to Dismiss.  A proposed Order is attached as Exhibit A to this Motion.

                Respectfully submitted,

Dated:  December 22, 2008        BRICKER & ECKLER LLP

_____
Joseph R. Dreitler
Mary R. True
100 South Third Street
Columbus, Ohio  43215-4291
Telephone: 614.227.2300
Facsimile:  614-227.2390
E-mail:       jdreitler@bricker.com
E-mail:       mtrue@bricker.com

*Attorneys for Plaintiffs Harry Winston, Inc. and Harry Winston, S.A*

1