**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| HARRY WINSTON, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:08 CV 536 |
| | ) | |
| vs. | ) | JUDGE HOLSCHUH |
| | ) | |
| CHARLES WINSTON LUXURY GROUP | ) | Magistrate Judge King |
| LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO FILE MEMORANDUM IN OPPOSITION
TO DEFENDANTS CHARLES WINSTON LUXURY GROUP LLC AND LP WATCH
GROUP INC.'S MOTION TO DISMISS OR TRANSFER FOR LACK OF PERSONAL
JURISDICTION INSUFFICIENCY OF PROCESS AND IMPROPER VENUE
DOCKET (#48) UNDER SEAL**

Plaintiffs Harry Winston, Inc. and Harry Winston S.A. (HW), by and through
undersigned counsel, respectfully moves this Court for an order allowing it to file the Plaintiffs'
Memorandum in Opposition to Defendants Charles Winston Luxury Group LLC and LP Watch
Group Inc.'s Motion to Dismiss or Transfer for Lack of Personal Jurisdiction Insufficiency of
Process and Improper Value (Dkt. #48) under seal.

The Plaintiffs' Memorandum was originally filed on March 12, 2009 via the Court's
electronic filing system and was not filed under seal. The parties have conferred and would like
to assert confidentiality pursuant to the agreed protective order dated February 3, 2009 (Dkt
#43). Therefore both parties wish to file the Plaintiffs' Memorandum under seal.

Dated: March 19, 2009                          Respectfully submitted,


                                               /s/ Joseph R. Dreitler _____
                                               Joseph R. Dreitler (0012441), Trial Attorney
                                               Mary R. True (0046880)

Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio 43215
Telephone:  (614) 227-2365
Facsimile:  (614) 227-2390
Email:  jdreitler@bricker.com
Email:  mtrue@bricker.com

*Attorneys for Plaintiffs Harry Winston, Inc. and Harry Winston SA*

2

## CERTIFICATE OF SERVICE

The foregoing document was filed and served this 19th day of March, 2009, upon counsel of record via the Court's electronic filing and notification system.  Copies of this document may be accessed through the Court's electronic filing system.

/s/ Mary R. True_____
Mary R. True

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| HARRY WINSTON, INC. et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:08 CV 536 |
| | ) | |
| vs. | ) | JUDGE HOLSCHUH |
| | ) | |
| CHARLES WINSTON LUXURY GROUP | ) | Magistrate Judge King |
| LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND ENTRY GRANTING
MOTION TO FILE PLAINTIFFS MEMORANDUM
UNDER SEAL**

Plaintiffs Harry Winston, Inc. and Harry Winston, S.A. ("HW") have moved for an order sealing the filing of certain documents to be filed with this Court. Specifically, HW has requested that it be given permission to have its Memorandum in Opposition to Defendants Charles Winston Luxury Group LLC and LP Watch Group Inc.'s Motion to Dismiss or Transfer for Lack of Personal Jurisdiction Insufficiency of Process and Improper Value filed under seal.

IT IS HEREBY ORDERED that Plaintiffs' Memorandum in Opposition to Defendants Charles Winston Luxury Group LLC and LP Watch Group Inc.'s Motion to Dismiss or Transfer for Lack of Personal Jurisdiction Insufficiency of Process and Improper Value shall be filed under seal.

Date: _____          _____
                                                    Judge Holschuh

4

3025939v1